ACCEPTED
03-13-00286-CV
6630108
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 5:03:21 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00286-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 5:03:21 PM
JEFFREY D. KYLE
Clerk

**RICHARD PATRICK FAGERBERG,**

*Appellant*

**v.**

**STEVE MADDEN, LTD., SXSW, INC., AND W3 EVENT SPECIALISTS, INC.,**

*Appellees*

APPEAL FROM CAUSE NO. D-1-GN-13-000933
261ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. SUZANNE COVINGTON PRESIDING

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Richard Patrick Fagerberg files this motion requesting a two-day extension of time for filing the motion for rehearing submitted to the Court on August 21, 2015. Appellant respectfully shows:

1. On July 3, 2015, this Court issued an opinion and judgment affirming the trial court's summary judgments favoring all three appellants. Appellant

received a 30-day extension of time—to August 19, 2015—for filing any motion for rehearing or for en banc reconsideration.

2.      The new due date was miscalendared in the undersigned counsel's office. Instead of reflecting August 19, 2015 as the new due date, the calendar reflected a due date of August 21, 2015. Counsel thus erroneously believed the motion to be timely when filed.

3.      Appellant asks the Court to extend his time for filing his motion for rehearing by two days so as to render the recent filing timely.

**CONCLUSION AND PRAYER**

Appellant respectfully requests that the Court grant this motion, thus making his motion for rehearing against Appellee W3 Event Specialists, Inc. due on August 21, 2015. Appellant requests all other appropriate relief to which he is entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellant*

2

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with John Dailey, lead appellate counsel for Appellee W3 Event Specialists, who informed me that any extension of time to file a motion for rehearing would be opposed.

/s/D. Todd Smith
D. Todd Smith

**CERTIFICATE OF SERVICE**

On August 24 2015, in compliance with Texas Rule of Appellate Procedure

9.5, I served this document by e-service, e-mail, and/or mail to:

Steven J. Knight
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002-4496
*Counsel for Appellee Steve Madden, Ltd.*

Peter D. Kennedy
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
*Counsel for Appellee SXSW, Inc.*

John T. Dailey
ALLEN, STEIN & DURBIN, P.C.
6243 IH-1 0 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
*Counsel for Appellee W3Event Specialists, Inc.*

*/s/D. Todd Smith*
D. Todd Smith